UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
HANOVER INSURANCE COMPANY,
                 Plaintiff,

v.

FLUIDMASTER, Inc.,

                 Defendant.
-------------------------------------------------------------x

**ORDER**

24-CV-09307 (PMH)

PHILIP M. HALPERN, United States District Judge:

Hanover Insurance Company ("Plaintiff") commenced an action on July 19, 2024, in the Supreme Court of New York, Rockland County against Fluidmaster, Inc., ("Defendant") by Summons with Notice. (Doc. 1). On December 6, 2024, Defendant removed the action from state court on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332(a). (*Id*.). A Rule 7.1 Disclosure Statement was filed by Defendant on December 6, 2024. (Doc. 5). No complaint has been filed and there has been no activity on the docket since then.

Accordingly, the parties are directed to file a letter, by January 17, 2025, advising the Court of the status of this action. Further, counsel for Plaintiff shall, by January 17, 2025, enter an appearance via ECF so as to receive NEFs of the filings in this action. Defendant is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by January 9, 2025.

SO ORDERED:

Dated:  White Plains, New York
         January 2, 2025

                                                          _____
                                                          Hon. Philip M. Halpern
                                                          United States District Judge